Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ESTEBAN CASTRO, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  EDCV 02-438 AJW <br><br> <u>ORDER AWARDING EAJA FEES</u> |

[1]

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount THREE HUNDRED DOLLARS and 00/cents ($300.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

    <u>DATED:</u> August 8, 2007        /s/

                HON. ANDREW J. WISTRICH
                United States Magistrate Judge

---

[1] On February 1, 2007, Michael J. Astrue was confirmed by the Senate on February 1, 2007, to be the Commissioner of Social Security. He was confirmed for a six year term that ends January 19, 2013.